**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

GERALD BEASLEY and
GENNETTE BEASLEY                                                                  PLAINTIFFS

vs.                                                           Civil Action No. 3:07-cv-368 HTW-LRA

LARRY KENNEDY, ET AL.                                                            DEFENDANTS

**ADMINISTRATIVE ORDER DISMISSING ACTION
BY REASON OF BANKRUPTCY PENDING**

The court has received notice of bankruptcy proceedings instituted by plaintiffs Gerald Beasley and Gennette Beasley. Therefore, it is not necessary that this action remain upon the pending docket of this court.

IT IS, THEREFORE, ORDERED that this action is dismissed without prejudice, and the court retains complete jurisdiction to vacate this order and to reopen the action upon motion of the parties advising that the bankruptcy proceedings have been closed and that further litigation in this court is necessary.

**SO ORDERED AND ADJUDGED, this the 28th day of July, 2008.**

                                                            s/ **HENRY T. WINGATE
                                                            CHIEF UNITED STATES DISTRICT JUDGE**